Name: Matta Daniel
Address: 1540 Drexel Dr Lemon Grove CA 91945
Telephone Phone: 619 292 5047
Email: DanielMatta2021@gmail.com

FILED
Oct 27 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ SusanNyamanjiva DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Matta Daniel,
    Plaintiff(s),
v.
Credit One Bank,
    Defendant(s).

Case No.: '23CV1991 RSH AHG
(assigned at time of filing)

**COMPLAINT**

Breach of Contract

I. **RELATED CASES**

   a. Do you have other Civil Case(s) in this or any other federal court?
      ☐ Yes    ☒ No

   b. If yes, please list the case numbers here:

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)* ON 09/19/2023 PLAINTIFF Matta Daniel AND DEFENDANT Credit One Bank ENTERED INTO A CONTRACT FOR EXTENDING Matta Daniel CREDIT AND THEY DID NOT DO IT.

A COPY OF CONTRACT IS ATTACHED TO THIS COMPLAINT ALSO THE PROVE AS REFERENCE TRACKING #02021008

2.- PLAINTIFF RECIEVE A BILL FROM THE DEFENDANT AND PERFORM HIS DUTY AS THE ORIGINAL CREDELOR AND SEND THE NEGOTIABLE INSTRUMENT BACK AFTER BEEN PROPERLY ACCEPTED FOR VALUE AND FILLED OUT ACCORDING TO THE BILL OF EXCHANGE ACT.

3.- DEFENDANT HAS REFUSED TO APPLY PRINCIPAL BALANCE TO ACCOUNT NUMBER 3793 630136 78 268, EACH AND EVERY BILLING CYCLE SET-OFF AND FAILED TO ANSWER ANY OF MY LETTERS VIOLATING FEDERAL RESERVE ACT. SECTION 29 PART A, B, C AND D. AND CONTINUES TO REFUSE TO APPLY THE PRINCIPAL BALANCE OF $800 DLS THAT IS DUE UNDER THE TERMS OF THE CONTRACT.

2

**III. RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

I Matta Daniel would like the court to order Credit One Bank to honor the contract and apply the principal balance to the account number 3793 6301 3678 268 each and every billing cycle for set-off. The account balance is $800 Dls.

Since they have not honored the contract by law (Federal Reserve Act. Section 29 Part A, B, C, and D) the penalties would be no less then 1.000.000 Dls.

I would like the court to enforce this penalty on Credit One Bank.

**IV.   DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☐ Yes   ☒ No

I declare under penalty of perjury that the foregoing is true and correct.

_____        _____
Date                                                              Signature

                                                                  *Matts Daniel*
                                                                  Printed Name