

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 3793 630136 78268
August 12, 2023 to September 11, 2023

ACCESS YOUR ACCOUNT AT
www.CreditOneBank.com

### SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $194.99 |
| Payments | − | $0.00 |
| Other Credits | − | $33.79 |
| Purchases | + | $602.15 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$29.00** |
| **Interest Charged** | + | **$14.12** |
| New Balance | | $806.47 |
| Credit Limit | | $800.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 09/11/23 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card    1-877-825-3242
Outside the U.S. Call    1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $806.47 |
| Past Due Amount | $30.00 |
| Amount Due This Period | $59.00 |
| **Minimum Payment Due** | **$89.00** |
| Payment Due Date | 10/07/23 |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 4 years | $1,273.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

### TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 73793JVWKL200YGJA | 08/14 | 08/14 | PACWEST MARINE & INDUS SAN DIEGO CA | 10.00 |
| 73793JVWKL200YGJA | 08/14 | 08/14 | GOOGLE *YOUTUBE G.CO/HELPPAY# CA | 24.99 |
| 73793JVWLKA00YGJA | 08/15 | 08/15 | LEASERUNNER LTD 0665 COLORADO SPRI CO | 38.00 |
| 73793JVWMJJ00YGJA | 08/16 | 08/16 | THE DINGHY DOCTOR THE DIN SAN DIEGO CA | 115.01 |
| 73793JVWMJJ00YGJA | 08/16 | 08/16 | USPS PO 0542840945 001370 LEMON GROVE CA | 5.01 |
| 73793JVWSES00YGJA | 08/22 | 08/22 | O'REILLY AUTO PARTS 3186 NATIONAL CITY CA | 8.47 |
| 73793JVWVE200YGJA | 08/22 | 08/22 | 7-ELEVEN 25807 0007258072 SPRING VALLEY CA | 2.62 |
| 73793JVWVE200YGJA | 08/23 | 08/23 | A AND B TRUCK RECYCLING 1 SAN DIEGO CA | 35.00 |
| 73793JVWVE200YGJA | 08/23 | 08/23 | O'REILLY AUTO PARTS 2847 EL CAJON CA | 21.42 |
| 73793JVWWDA00YGJA | 08/23 | 08/23 | SKYLINE MARKET 0861 LEMON GROVE CA | 23.26 |
| 73793JVWYBS00YGJA | 08/25 | 08/25 | USPS PO 0542840945 001370 LEMON GROVE CA | 17.55 |
| 73793JVWYBS00YGJA | 08/25 | 08/25 | TST* CAFE SEVILLA 0005504 SAN DIEGO CA | 73.54 |
| 73793JVWZB200YGJA | 08/26 | 08/26 | RAINBOW SPORTS STREETWEAR EL CENTRO CA | 24.00 |
| 73793JVWZB200YGJA | 08/26 | 08/26 | CHINESE GOURMET EXPRESS - EL CENTRO CA | 10.81 |
| 73793JVWZB200YGJA | 08/26 | 08/26 | BAMBOO BISTRO 00-08035912 EL CENTRO CA | 7.53 |
| 73793JVWZB200YGJA | 08/26 | 08/26 | GET AIR YUMA LLC YUMA AZ | 60.70 |
| 73793JVX38200YGJA | 08/30 | 08/30 | SD SUPERIOR CRT CIVIL 076 SAN DIEGO CA | 35.49 |
| 73793JVX38200YGJA | 08/30 | 08/30 | LAUREL PACIFIC 0000000004 SAN DIEGO CA | 60.00 |
| 73793JVX56J00YGJA | 08/31 | 08/31 | USPS PO 0542840945 001370 LEMON GROVE CA | 28.75 |
| | | | **Payments, Credits, and Adjustments** | |
| F6388007N000FR246 | 09/03 | 09/03 | CREDIT ONE REWARD CREDIT    CREDIT | −4.79 |
| F5727007X000YL | 09/10 | 09/10 | LATE FEE ADJ    CREDIT | −29.00 |
| | | | **Fees** | |
| | 09/11 | 09/11 | LATE FEE | 29.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **29.00** |
| | | | **Interest Charged** | |
| | 09/11 | 09/11 | Interest Charge on Purchases | 14.12 |
| | 09/11 | 09/11 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **14.12** |

| 2023 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2023 | $0.00 |
| Total interest charged in 2023 | $18.72 |

# Shipment Receipt: Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

**SHIP DATE:**
TUES 19 SEP 2023

**EXPECTED DELIVERY DATE:**
WED 20 SEP 2023 10:30 AM

**SHIP FROM:**
DANIEL MATTA
1540 DREXEL DR
LEMON GROVE  CA 91945
(619) 292-5047

**SHIP TO:**
DEAN SHERESKI
6801 S CIMARRON RD
LAS VEGAS NV 89113-2273
BUSINESS

**SHIPPED THROUGH:**
THE UPS STORE #3916
SPRING VALLEY, CA 91977-5615
(619) 697-0536

**SHIPMENT INFORMATION:**
UPS NEXT DAY AIR
0 lb 1.8 oz actual wt
LTR Billed Weight
CARRIER LETTER
SIG REQ (W/DEL CONFIRM)

TRACKING NUMBER: 1Z31E0R42442940276
SHIPMENT ID: MMN01119U22CS
SHIP REF 1: - -
SHIP REF 2: - -

**DESCRIPTION OF GOODS:**
MAIL;

**SHIPMENT CHARGES:**
| | |
|---|---|
| NEXT DAY AIR COM | 34.08 |
| SERVICE OPTIONS | 6.35 |
| FUEL SURCHARGE | 7.28 |
| CMS PROCESSING FEE | 0.22 |

**TOTAL**    $47.93

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM (SELECT TRACKING, ENTER SHIPMENT ID #) SHIPMENT
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.
NEED PACKAGE HELP? (LOST/DAMAGED), PROVIDE DETAILS SO WE CAN HELP:
HTTPS://ONLINE.UPSCAPITAL.COM/TCCP

Get 15% Off Your Next Print Job
With $10 minimum order.

IN-STORE AT PARTICIPATING LOCATIONS ONLY

SHIPMENTID: MMN01119U22CS

Powered by iShip(r)
09/19/2023 01:58 PM  Pacific Time F

The UPS Store

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD R 0523

---

The UPS Store #3916
8810 Jamacha Blvd Ste C
SPRING VALLEY, CA  91977-5615
619-697-0536

Terminal....: POS3916B          Date.: 9/19/2023
Employee....: 166594             Time.: 01:58 PM

| ITEM NAME | QTY | PRICE | TOTAL |
|---|---|---|---|
| MDA |  |  | $47.93 |
|  | 1 @ | $47.93 |  |
| Tax |  |  | $0.00 |
| MMN01119U22CS |  |  |  |
| Tracking Number - 1Z31E0R42442940276 |  |  |  |

Subtotal                               $47.93
Shipping/Other Charges                  $0.00
Total Tax                               $0.00

Total                                  $47.93

Cash                                  $100.00

Change back (Cash)                    ($52.07)

Items Designated NR are NOT eligible
for Returns, Refunds or Exchanges.

US Postal Rates Are Subject to Surcharge.



View the UPS Store, Inc.'s privacy notice at
https://www.theupsstore.com/privacy-notice

# **Letter of instructions**

09/19/23

Reference to letter trucking number 02021008

*I Matta:Daniel/Agent on behalf of DANIEL MATTA/Principal hereby accept all titles rights, interest and equity owed to Principal DANIEL MATTA. I hereby instruct Mr. Dean Shereski(CFO) or any new CFO assignee to apply principal balance to account number 3793 630136 78268, each and every billing cycle set-off.*

*I hereby instruct (credit one bank CFO) Mr. Dean Shereski, or any new CFO assignee to respond in writing within 5 business days to 1540 Drexel DR. lemon grave, CA 91945, giving notice.*

*If no response is received in 5 business days, I can assume the instructions have been completed.*

*If you have any issues with these instructions, please seek legal advice.*

**By-Matta:Daniel/Agent.**

**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Los Vegas, NV 89113

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| $ | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.66 |
| Total Postage and Fees | $5.01 |

Postmark Here: LEMON GROVE CA 91945 — OCT 2 2023 — 12 — 10/02/2023

Sent To: CREDIT ONE BANK.

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE.**

LEMON GROVE
7938 BROADWAY
LEMON GROVE, CA 91945-9998
(800)275-8777
10/02/2023 04:44 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| BarnSwllw #6 Env | 1 | $0.85 | $0.85 |
| First-Class Mail® Letter | 1 | | $0.66 |
| Las Vegas, NV 89113 | | | |
| Weight: 0 lb 0.30 oz | | | |
| Estimated Delivery Date | | | |
| Thu 10/05/2023 | | | |
| Certified Mail® | | | $4.35 |
| Tracking #: | | | |
| 70222410000047427547 | | | |
| Affixed Postage | | | -$0.66 |
| Affixed Amount: $0.66 | | | |
| Total | | | $4.35 |

Grand Total: $5.20

Cash $20.00
Change -$14.80

## 2nd Notice/Opportunity to cure

10/02/2023

Reference to letter tracking number 02021008

I Matta:Daniel/Agent on behalf of DANIEL MATTA/Principal hereby accept all titles rights, interest and equity owed to Principal DANIEL MATTA. I hereby instruct Mr. Dean Shereski (CFO) or any new CFO assignee to apply principal balance to account number 3793 630136 78268, each and every billing cycle set-off.

I hereby instruct (Credit one Bank CFO) Mr. Dean Shereski, or any new CFO assignee to respond in writing within 5 business days to 1540 Drexel Dr. lemon grove, CA 91945, giving notice.

If no response is received in 5 business days, I can assume the instructions have been completed.

If you have any issues with these instructions, please seek legal advice.

**By-Matta:Daniel/Agent.**

# 3rd Notice Default judgement

10/12/2023

Reference to letter tracking number 02021008

I Matta:Daniel/Agent on behalf of DANIEL MATTA/ Principal hereby accept all titles ,rights ,interest and equity owed to Principal DANIEL MATTA. I hereby instruct Mr. Dean Shereski (CFO) or any new CFO assignee to apply principal balance to account number 3793 630136 78268, each and every billing cycle set-off.

I hereby instruct (Credit one Bank CFO) Mr. Dean Shereski, or any new CFO assignee to respond in writing within 5 business days to 1540 Drexel Dr. Lemon Grove, CA 91945, giving notice.

If no response is received in 5 business days, I can assume the instructions have been completed.

If you have any issues with these instructions, please seek legal advice.

Federal Reserve act section 29 part A, B, C and D.

**By-Matta:Daniel/Agent.**





```
         LEMON GROVE
         7938 BROADWAY
     LEMON GROVE, CA 91945-9998
          (800)275-8777
10/12/2023                      03:28 PM

Product              Qty   Unit      Price
                           Price

Cardinal #10 Env      1    $0.85    $0.85

First-Class Mail®     1             $0.66
Letter
    Las Vegas, NV 89113
    Weight: 0 lb 0.30 oz
    Estimated Delivery Date
        Mon 10/16/2023
    Certified Mail®                 $4.35
        Tracking #:
            70222410000047424294
    Return Receipt                  $3.55
        Tracking #:
            9590 9402 8507 3186 8541 86
    Affixed Postage                -$0.66
        Affixed Amount: $0.66
Total                               $7.90

Grand Total:                        $8.75

Debit Card Remit                    $8.75
    Card Name: VISA
    Account #: XXXXXXXXXXXX8358
    Approval #: 016413
    Transaction #: 685
    Receipt #: 040842
    Debit Card Purchase: $8.75
    AID: A0000000980840      Chip
    AL: US DEBIT
    PIN: Verified

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

         Preview your Mail
         Track your Packages
         Sign up for FREE @
    https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.

       Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.
```